FOLGER LEVIN & KAHN LLP
Richard Keenan (SB# 076976)
Eric M. Lode (SB# 209129)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

VARGA BERGER LEDSKY HAYES & CASEY
Michael D. Hayes (*Pro Hac Vice*)
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
Telephone: (312) 341-9400
Facsimile: (312) 341-2900
Email: mhayes@vblhc.com

Attorneys for Defendant and Counterclaim Plaintiff AMERICAN HOME BANK (formerly known as FLOWER BANK, FSB and UMBRELLA BANK, FSB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAHA HERMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UMBRELLA BANK, FSB, a Federal Savings Bank; FLOWER BANK, FSB, a Federal Savings Bank; AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, Maryland Corporation, dba AMERICAN HOME MORTGAGE ACCEPTANCE, INC. and DOES 1-50, inclusive,<br><br>　　　　　Defendants.<br><br>FLOWER BANK, FSB, a Federal Savings Bank,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　v.<br><br>DRAHA HERMAN,<br><br>　　　　　Counterclaim Defendant. | Case No. C 06-7708 MJJ<br><br>**STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER**<br><br>Date:　　~~April 24,~~ 2007　May 1, 2007<br>Time:　　~~2:00 p.m.~~　1:45 p.m.<br>Courtroom:　11<br>Judge:　　Honorable Martin J. Jenkins |

1    Pursuant to Civil Local Rules 7-1 and 7-12, Defendant and Counterclaim Plaintiff
2    American Home Bank (formerly known as Flower Bank, FSB and Umbrella Bank, FSB)
3    ("Defendant") and Plaintiff and Counterclaim Defendant Draha Herman ("Plaintiff"), by and
4    through their attorneys of record, hereby stipulate as follows:
5    WHEREAS Civil Local Rule 16-10(a) allows for requests to participate in Case
6    Management Conferences by telephone;
7    WHEREAS at the Case Management Conference scheduled for April 24, 2007 at 2:00
8    p.m., Defendant requests that its lead trial counsel, Michael D. Hayes, be allowed to participate
9    by telephone;
10   WHEREAS Mr. Hayes and counsel for Plaintiff have agreed to a proposed discovery
11   schedule and a proposed case management schedule as stated in the Joint Case Management
12   Statement filed on April 16, 2007;
13   WHEREAS Mr. Hayes works in Chicago, Illinois, and Defendant wishes to avoid the
14   expense that would result from requiring his travel to San Francisco to appear at the Case
15   Management Conference where, as here, Mr. Hayes and counsel for Plaintiff have cooperated in
16   the drafting of an agreed Joint Case Management Statement, have agreed to a proposed discovery
17   schedule and a proposed pre-trial schedule, and do not anticipate that any major issues will arise
18   at the Case Management Conference;
19   WHEREAS Defendant also will be represented at the Case Management Conference by
20   its local counsel, Eric M. Lode, who will appear in person;
21   WHEREAS counsel for Plaintiff intends to appear in person at the April 24, 2007 Case
22   Management Conference, but does not object to allowing Mr. Hayes to make a telephonic
23   appearance at the Case Management Conference;
24   THEREFORE, IT IS STIPULATED as follows:
25   To petition the Court to allow lead trial counsel for Defendant to appear telephonically at
26   the April 24, 2007 Case Management Conference.
27
28

-1-    **STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER; CASE NO. C 06-7708 MJJ**

Dated: April 18, 2007              FOLGER LEVIN & KAHN LLP

/s/
Eric M. Lode
Attorneys for Defendant and Counterclaim Plaintiff
AMERICAN HOME BANK

Dated: April 18, 2007              SCHEER & IMFELD, LLP

/s/
Austin D. Garner
Attorneys for Plaintiff and Counterclaim Defendant
DRAHA HERMAN

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Austin D. Garner.

Dated: April 18, 2007

By: /s/
Eric M. Lode
Attorneys for Defendant and Counterclaim Plaintiff
AMERICAN HOME BANK

PURSUANT TO STIPULATION, IT IS ORDERED that lead trial counsel for Defendant may participate by telephone at the April 24, 2007 Case Management Conference.

BOTH PARTIES SHALL APPEAR BY PHONE, CALLING CHAMBERS IN A JOINT CALL AT 1:45 PM, AT (415) 522-4141.

Dated: April 20, 2007

[signature]
The Honorable Martin J. Jenkins
United States District Court Judge

11062\2001\544648.2

-2-

**STIPULATED REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER;
CASE NO. C 06-7708 MJJ**