1 | SCHEER & IMFELD, LLP
SPENCER P. SCHEER Bar # 107750
2 | JOSHUA L. SCHEER Bar # 242722
AUSTIN D. GARNER Bar #184022
3 | 100 Smith Ranch Road, Suite 306
San Rafael, CA 94903
4 | Telephone: (415) 491-8900
Facsimile: (415) 491-8910
5 | H.150-002S

6 | Attorneys for Plaintiff
DRAHA HERMAN

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAHA HERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UMBRELLA BANK, FSB, a Federal Savings Bank; FLOWER BANK, FSB, a Federal Savings Bank, AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, Maryland Corporation, dba AMERICAN HOME MORTGAGE ACCEPTANCE, INC and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: C 06-7708 MJJ<br><br>**STIPULATION AND NOTICE OF DISMISSAL OF ALL CLAIMS AND CAUSES OF ACTION AGAINST AMERICAN HOME MORTGAGE INVESTMENT CORPORATION AND AMERICAN HOME MORTGAGE ACCEPTANCE, INC. BY PLAINTIFF DRAHA HERMAN WITHOUT PREJUDICE**<br>**(FRCP ~~61(a)(1)~~)**<br>41(a)(1) |
| FLOWER BANK, FSB, a Federal Savings Bank,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DRAHA HERMAN,<br><br>Counterclaim Defendant | |

1
**STIPULATION AND NOTICE OF DISMISSAL OF ALL CLAIMS AND CAUSES OF ACTION AGAINST AMERICAN HOME MORTGAGE INVESTMENT CORPORATION AND AMERICAN HOME MORTGAGE ACCEPTANCE, INC. BY PLAINTIFF DRAHA HERMAN WITHOUT PREJUDICE**

Plaintiff/Counterclaim Defendant, DRAHA HERMAN, Defendant/ Counterclaim Plaintiff, AMERICAN HOME BANK, formerly known as FLOWER BANK, FSB, and Umbrella Bank, FSB, and Defendants AMERICAN HOME MORTGAGE INVESTMENT CORPORATION and AMERICAN HOME MORTGAGE ACCEPTANCE, INC. hereby stipulate pursuant to FRCP 61(a)(1) [41(a)(1)] to the dismissal without prejudice of Defendants AMERICAN HOME MORTGAGE INVESTMENT CORPORATION and AMERICAN HOME MORTGAGE ACCEPTANCE, INC. as to all causes of action and claims.  Defendants AMERICAN HOME MORTGAGE INVESTMENT CORPORATION and AMERICAN HOME MORTGAGE ACCEPTANCE, INC, waive all costs and fees arising from this complaint.

SCHEER & IMFELD, LLP

Date: April 17, 2007   /s/ Austin D. Garner
                       Attorneys for Plaintiff/Counterclaim Defendant
                       Draha Herman


VARGA BERGER LEDSKY HAYES & CASEY

Date: April 17, 2007   /s/ Michael D. Hayes
                       Attorneys for Defendant/Counterclaimant
                       AMERICAN HOME BANK


VARGA BERGER LEDSKY HAYES & CASEY

Date: April 17, 2007   /s/ Michael D. Hayes
                       Attorneys for Defendant
                       AMERICAN HOME MORTGAGE INVESTMENT
                       CORPORATION
                       AMERICAN HOME MORTGAGE ACCEPTANCE,
                       INC.

IT IS SO ORDERED
Judge Martin J. Jenkins
5/3/2007