1  FOLGER LEVIN & KAHN LLP
   Richard Keenan (SB# 076976)
2  Eric M. Lode (SB# 209129)
   Embarcadero Center West
3  275 Battery Street, 23rd Floor
   San Francisco, CA 94111
4  Telephone: (415) 986-2800
   Facsimile: (415) 986-2827
5
   VARGA BERGER LEDSKY HAYES & CASEY
6  Michael D. Hayes (*Pro Hac Vice*)
   224 South Michigan Avenue, Suite 350
7  Chicago, IL 60604
   Telephone: (312) 341-9400
8  Facsimile: (312) 341-2900
   Email: mhayes@vblhc.com
9
   Attorneys for Defendant and Counterclaim Plaintiff AMERICAN
10 HOME BANK (formerly known as FLOWER BANK, FSB
   and UMBRELLA BANK, FSB)
11
                   UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                   SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15  DRAHA HERMAN,<br>16              Plaintiff,<br>    v.<br>17<br>18  UMBRELLA BANK, FSB, a Federal Savings Bank; FLOWER BANK, FSB, a Federal Savings Bank; AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, Maryland Corporation, dba AMERICAN HOME MORTGAGE ACCEPTANCE, INC. and DOES 1-50, inclusive,<br>22              Defendants.<br>23  FLOWER BANK, FSB, a Federal Savings Bank,<br>24              Counterclaim Plaintiff,<br>25     v.<br>26  DRAHA HERMAN,<br>27              Counterclaim Defendant. | Case No. C 06-7708 MJJ<br><br>**STIPULATED MOTION TO EXTEND DATE FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER**<br><br>Judge:    Honorable Martin J. Jenkins |

28

1     Pursuant to Civil Local Rules 7-1 and 7-12 and ADR Local Rule 6-5, Defendant and Counterclaim Plaintiff American Home Bank (formerly known as Flower Bank, FSB and Umbrella Bank, FSB) ("Defendant") and Plaintiff and Counterclaim Defendant Draha Herman ("Plaintiff"), by and through their attorneys of record, hereby stipulate as follows:

    WHEREAS this Court's Order Selecting ADR Process, dated February 28, 2007, stated that the deadline for conducting a mediation is "90 days following court ruling on Defendants' motion to transfer venue";

    WHEREAS this Court ruled on Defendant's Motion to Transfer Venue in an Order dated April 1, 2007 and filed on April 3, 2007;

    WHEREAS the deadline for conducting a mediation therefore is July 2, 2007;

    WHEREAS both Plaintiff and Defendant intend to serve discovery on the other party prior to the mediation;

    WHEREAS both Plaintiff and Defendant believe that the mediation would be more fruitful if they review information obtained through discovery prior to the mediation;

    WHEREAS both Plaintiff and Defendant believe that extending the deadline for conducting a mediation until August 31, 2007 would give them sufficient time to review information obtained through discovery prior to the mediation;

    WHEREAS neither Plaintiff nor Defendant have previously sought an order extending the deadline to conduct a mediation in this case;

    WHEREAS counsel for Plaintiff and counsel for Defendant had a Pre-Mediation Telephone Conference with the mediator, Ms. Gilda R. Turitz, on May 9, 2007;

    WHEREAS counsel for Plaintiff and counsel for Defendant discussed with Ms. Turitz their view that the mediation would be more fruitful if the deadline for conducting a mediation were extended;

    WHEREAS Ms. Turitz agreed with counsel for Plaintiff and counsel for Defendant that the deadline for mediation should be extended to enable Plaintiff and Defendant to have sufficient time to review information obtained through discovery prior to the mediation.

//

-1-  STIPULATION TO EXTEND DATE FOR CONDUCTING MEDIATION AND [PROPOSED] ORDER; CASE NO. C 06-7708 MJJ

THEREFORE, IT IS STIPULATED as follows:

To petition the Court to for an Order extending the deadline for conducting a mediation until August 31, 2007.

Dated: May 17, 2007                                     FOLGER LEVIN & KAHN LLP

                                                        /s/
                                                        Eric M. Lode
                                                        Attorneys for Defendant and Counterclaim Plaintiff
                                                        AMERICAN HOME BANK

Dated: May 17, 2007                                     SCHEER & IMFELD, LLP

                                                        /s/
                                                        Austin D. Garner
                                                        Attorneys for Plaintiff and Counterclaim Defendant
                                                        DRAHA HERMAN

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Austin D. Garner.

Dated: May 17, 2007

                                                  By:   /s/
                                                        Eric M. Lode
                                                        Attorneys for Defendant and Counterclaim Plaintiff
                                                        AMERICAN HOME BANK

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for conducting a mediation is extended until August 31, 2007.

Dated: May 23, 2007

                                                        [signature]
                                                        The Honorable Martin J. Jenkins
                                                        United States District Court Judge

11062\2001\548466.1