1  SCHEER LAW GROUP, LLP
   SPENCER P. SCHEER Bar # 107750
2  JOSHUA L. SCHEER Bar # 242722
   AUSTIN D. GARNER Bar #184022
3  155 North Redwood Drive, Suite 100
   San Rafael, CA  94903
4  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
5  H.150-002S

6  Attorneys for Plaintiff
   DRAHA HERMAN
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

| | |
|---|---|
| DRAHA HERMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UMBRELLA BANK, FSB, a Federal Savings Bank; FLOWER BANK, FSB, a Federal Savings Bank, AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, Maryland Corporation, dba AMERICAN HOME MORTGAGE ACCEPTANCE, INC and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: C 06-7708 MJJ<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br>**(FRCP 41(a)(1)(ii) and (c))** |
| FLOWER BANK, FSB, a Federal Savings Bank,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>DRAHA HERMAN,<br><br>    Counterclaim Defendant | |

1
**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**
**(FRCP 41(a)(1)(ii) and (c))**

Plaintiff/Counterclaim Defendant, DRAHA HERMAN, and Defendant/ Counterclaim Plaintiff, AMERICAN HOME BANK (formerly known as FLOWER BANK, FSB and Umbrella Bank, FSB), having reached a full settlement of all claims asserted this action at the Court ordered mediation for this matter, hereby stipulate pursuant to FRCP 41(a)(1)(ii) and (c) to the following:

1) Dismissal with prejudice of all of claims and causes of action asserted by Plaintiff in her Complaint. Defendant waives all costs and fees arising from the Complaint.

2) Dismissal with prejudice of all claims and causes of action asserted by Defendant in its Counterclaim. Plaintiff/Counterclaim Defendant waives all costs and fees arising from the Counterclaim.

SCHEER LAW GROUP, LLP

Date:  August 24, 2007           /s/ Austin D. Garner
                                 Attorneys for Plaintiff/Counterclaim Defendant
                                 Draha Herman


VARGA BERGER LEDSKY HAYES & CASEY


Date:  August 24, 2007           /s/ Michael D. Hayes
                                 Attorneys for Defendant/Counterclaimant
                                 AMERICAN HOME BANK

September 4, 2007

IT IS SO ORDERED
Judge Martin J. Jenkins

STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
(FRCP 41(a)(1)(ii) and (c))